IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* CHRISTOPHER SHANNON BROACH,<br><br>　　Plaintiff,<br><br>v.<br><br>SOUTHERN AMBULANCE TRANSPORT, INC.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 2:15cv45-WHA-WC<br>)  (WO)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Plaintiff-Relator's Motion to Dismiss Without Prejudice, (Doc. # 19), and the Government's Notice of Consent to Dismissal, (Doc. # 21), attesting that "dismissal of this action without prejudice is commensurate with the public interest" in accordance with the consent requirements of the False Claims Act, 31 U.S.C.. § 3730(b)(1), it is hereby

ORDERED that the Relator's Motion is due to be GRANTED, and this case is Dismissed Without Prejudice.

Done this 11th day of January, 2017.

　　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　　W.  HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE